THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* BORDEN'S CONDENSED MILK COMPANY, Appellant.

*People* v. *Borden's Condensed Milk Co.*, 165 App. Div. 711,
affirmed.
  (Argued October 7, 1915; decided October 26, 1915.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
January 22, 1915, which affirmed a judgment of the
Court of Special Sessions of the city of New York con-
victing the defendant of the crime of maintaining a
public nuisance in the operation of its pasteurization
plant in an unnecessarily noisy manner.

  *Thomas M. Rowlette* for appellant.

  *James C. Cropsey, District Attorney (Ralph E.
Hemstreet* of counsel), for respondent.

  Judgment of conviction affirmed; no opinion.
  Concur: HISCOCK, CHASE, CUDDEBACK, CARDOZO and
SEABURY, JJ.    Absent: WILLARD BARTLETT, Ch. J.
Not sitting: HOGAN, J.